NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SHAKER A. MOUSA

---

2011-1294
(Serial No. 10/667,216)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves without opposition for a 21-day extension of time, until September 20, 2011, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**AUG 1 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jack P. Friedman, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 8 2011

JAN HORBALY
CLERK